JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE MULTI UNION SECURITY TRUST FUND, in their capacity as fiduciaries for the MULTI UNION SECURITY TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>DA DEFENSE LOGISTICS HQ, LLC, a Texas limited liability company,<br><br>Defendant. | CASE NO.: 2:21−cv−00484 RGK–AFM<br><br>[PROPOSED] JUDGMENT<br><br><br>[Hon. R. Gary Klausner] |

Upon consideration of the evidence and argument presented, the motion of Plaintiffs TRUSTEES OF MULTI UNION SECURITY TRUST FUND ("Trustees"), on behalf of the Multi Union Security Trust Fund ("Fund"), for entry of Default Judgment and Award of Attorneys' Fees and Costs as to defendant DA Defense Logistics HQ, LLC ("DA Defense") was granted by this Court on August 1, 2022. (ECF 46.)

/ / /

1

IT IS THEREFORE ORDERED THAT JUDGMENT is entered in favor of Plaintiffs Trustees and against Defendant DA Defense, in the amount of $119,464.29, composed as follows:

(a) Unpaid contributions in the amount of $12,966.00;

(b) Interest in the amount of $667.59 plus $0.83 per day until judgment is entered;

(c) Liquidated damages in the amount of $2,593.20;

(d) Audit fees of $17,635.00; and

(e) Attorneys' fees of $85,602.50.

Costs will be separately determined by application to the Clerk pursuant to this Court's August 1, 2022 order (ECF 46 at p. 8, Section IV.E), 29 U.S.C. § 1132(g)(2)(D), and Local Rule 54-3. Plaintiffs shall, within fifteen days after the entry of judgment, file a Notice of Application to the Clerk to Tax Costs and a proposed Bill of Costs on Form CV-59.  Any award of costs granted shall be considered nunc pro tunc part of this Judgment, and not a separate judgment.

Dated: 8/8/2022

_____
R. GARY KLAUSNER
United States District Judge